UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

November 6, 2001

Memo To Counsel Re: Pure Water Committee of Western Maryland, Inc., et al. v.
Mayor and City Council of Cumberland, Maryland, et al.
Civil No. JFM-01-2611

Dear Counsel:

This will confirm the schedule set during the conference held today.

| | |
|---|---|
| December 14, 2001 | Deadline for plaintiffs' Rule 26(a)(2) disclosures |
| January 11, 2002 | Deadline for defendants' Rule 26(a)(2) disclosures |
| February 15, 2002 | Discovery deadline |
| March 15, 2002 | Deadline for defendants' summary judgment motion |
| April 12, 2002 | Deadline for plaintiffs' opposition and any cross-motions for summary judgment |
| May 3, 2002 | Deadline for defendants' reply (and opposition if plaintiffs file cross-motion) |
| May 24, 2002 | Deadline for plaintiffs' reply (if they file cross-motion) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File