IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PURE WATER COMMITTEE OF      *
WESTERN MARYLAND, INC. et al.
                             *
       Plaintiffs
                             *
       v.                        Case No. JFM 01 CV 2611
                             *
MAYOR AND CITY COUNCIL OF
CUMBERLAND, MARYLAND, et al. *

       Defendants            *

STIPULATION FOR EXTENSION OF TIME TO DESIGNATE DEFENDANTS' EXPERTS

Plaintiffs and Defendants, by and through their undersigned counsel, stipulate to an extension of time for the Defendants to make their Rule 26(a)(2) disclosures to the Plaintiffs and for their reasons state the following:

1. The Plaintiffs filed Rule 26(a)(2) disclosures and served them on counsel for the Defendants on December 14, 2001. Defendants have advised the Plaintiffs that they believe the disclosures were incomplete and the Plaintiffs have agreed to supplement those disclosures.

2. The deadline for the Defendants to name experts was established by this Court's Scheduling Order for January 11, 2002.

3. The Defendants have requested an extension of time to designate experts and make disclosures in order to afford the Plaintiffs an opportunity to provide supplemental information.

4. Based upon the agreement of counsel to resolve this matter, the Plaintiffs have agreed to grant the Defendants an extension of fourteen (14) days from the time Plaintiffs'

LAW OFFICES
GEPPERT, McMULLEN,
PAYE & GETTY
CUMBERLAND
MARYLAND

discovery is completed before the Rule 26(a)(2) disclosures of the Defendants will be filed.

5. All other deadlines established in the Court's Scheduling Order remain unchanged.

TROZZO, LOWERY & WESTON

By _____
WILLIAM J. TROZZO
Federal Bar No. 24860
75 Greene Street
Cumberland, Maryland 21502
(301) 759-4343
Attorneys for Plaintiffs


_____
H. JACK PRICE
City Solicitor
61 Greene Street
Cumberland, Maryland 21502
Counsel for Defendant,
Mayor & City Council of
City of Cumberland, Inc.


GEPPERT, McMULLEN, PAYE & GETTY

By _____
JEFFREY S. GETTY
City Attorney
Federal Bar No. 5321
21 Prospect Square
Cumberland, Maryland 21502
(301) 777-1515
Attorneys for City of Frostburg