LAW OFFICES
OF
GEPPERT, McMULLEN, PAYE & GETTY
A PROFESSIONAL CORPORATION
21 PROSPECT SQUARE
CUMBERLAND, MARYLAND 21502

ROBERT S. PAYE
GREGORY H. GETTY
JEFFREY S. GETTY
JOHN J. McMULLEN, JR.

(301) 777-1515
FAX (301) 777-0532

HUGH A. McMULLEN
OF COUNSEL

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 MAR -1  P 2: 09

AT BALTIMORE
_____ DEPUTY

February 15, 2002

The Honorable J. Frederick Motz
United States District Court
for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

    Re:  Pure Water Committee of Western Maryland, Inc., et al. v.
         Mayor & City Council of Cumberland, Maryland, et al.
         Case No. JFM 01 CV 2611

Dear Judge Motz:

    The counsel for the Plaintiffs and Defendants in the above-referenced case request that the Scheduling Order entered by the Court in this matter be amended. There are numerous Plaintiffs and discovery from the Plaintiffs has taken longer than anticipated. The parties have met in an effort to resolve certain discovery disputes and we believe we have reached a resolution of the disputes.

    The Plaintiffs and Defendants respectfully request that the Court's Scheduling Order be amended to, in essence, push back the deadlines established in the Scheduling Order by sixty (60) days. Accordingly, the new scheduling being requested would be as follows:

| Date | Deadline |
|---|---|
| April 15, 2002 | Discovery deadlines |
| May 15, 2002 | Motions for Defendants' Summary Judgment |
| June 12, 2002 | Deadline for Plaintiffs' opposition and any cross-motions for summary judgment |
| July 3, 2002 | Deadline for Defendants' Reply (and opposition if Plaintiffs file cross-motion) |
| July 24, 2002 | Deadline for Plaintiffs' reply (if they file cross-motion) |

J. Frederick Motz
February 15, 2002
Page Two


    Thank you for your consideration of this matter.

                        Very truly yours,

                        TROZZO, LOWERY & WESTON

            By _____
                        WILLIAM J. TROZZO


                _____
                      H. JACK PRICE
                      City Solicitor, City of Cumberland


                GEPPERT, McMULLEN, PAYE & GETTY


            By _____
                        JEFFREY S. GETTY
                      City Attorney, City of Frostburg

JSG/fle

Enclosure