```
                FILED
          U.S. DISTRICT COURT
          DISTRICT OF MARYLAND
             AT BALTIMORE

        2002 JUL 24  A 10: 54

        _____DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PURE WATER COMMITTEE OF | * | |
| WESTERN MARYLAND, INC., ET AL. | * | |
| | * | |
| v. | * | Civil No. JFM-01-2611 |
| | * | |
| MAYOR AND CITY COUNCIL OF | * | |
| CUMBERLAND, MARYLAND, ET AL. | * | |

*****

## ORDER

Upon consideration of plaintiffs' motion for leave to file amended complaint and defendant's response thereto, it is, this 24th day of July 2002

ORDERED that

1. Plaintiffs are directed to file a proposed amended complaint on or before August 6, 2002; and

2. Within fourteen days after the proposed amended complaint is filed, defendant shall either indicate that it has no objection to the filing of the proposed amended complaint or file a supplemental response to plaintiff's motion for leave to file amended complaint.

_____
J. Frederick Motz
United States District Judge

