IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PURE WATER COMMITTEE OF      *
WESTERN MARYLAND, INC., ET AL.  *
                             *
v.                           *     Civil No. JFM-01-2611
                             *
MAYOR AND CITY COUNCIL OF    *
CUMBERLAND, MARYLAND, ET AL. *
                         *****

ORDER

Upon consideration of plaintiff's motion to amend the complaint and defendant's supplemental response thereto, it is, this 21st day of August 2002

ORDERED that plaintiff's motion to amend the complaint be granted.

_____
J. Frederick Motz
United States District Judge