LAW OFFICES
OF
GEPPERT, McMULLEN, PAYE & GETTY
A PROFESSIONAL CORPORATION
21 PROSPECT SQUARE
CUMBERLAND, MARYLAND 21502

ROBERT S. PAYE
GREGORY H. GETTY
JEFFREY S. GETTY
JOHN J. McMULLEN, JR.

(301) 777-1515
FAX (301) 777-0532

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 18   A 8: 35

HUGH A. McMULLEN
OF COUNSEL

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

December 12, 2002

The Honorable J. Frederick Motz
United States District Court
for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

   Re:   Pure Water Committee of Western Maryland, Inc., et al. v.
         Mayor & City Council of Cumberland, Maryland, et al.
         Case No. JFM 01 CV 2611

Dear Judge Motz:

   The undersigned counsel representing the Defendants in the above-referenced case are writing to ask for the Court to establish a new discovery schedule in the above-referenced case. The case was initially filed against the City of Cumberland and the City of Frostburg and after undertaking discovery, the Plaintiffs added LaVale Sanitary Commission and Allegany County, Maryland as additional Defendants. Those Defendants have now filed responsive pleadings and we are asking the Court to establish a new schedule for proceedings in the case.

   We are asking the Court to enter the following schedule:

      January 1, 2003 - deadline for Plaintiffs to name any additional experts;

      February 1, 2003 - deadline for Defendants to name expert witnesses;

      March 1, 2003 - discovery closes

      March 15, 2003 - deadlines for Motions for Summary Judgment

   This proposed discovery schedule has been forwarded to counsel for the Plaintiffs for their approval, but they have not responded indicating either an objection or approval of the proposed schedule. Nonetheless, we are asking to have this schedule established now to govern further proceedings in this case.

The Honorable J. Frederick Motz
December 12, 2002
Page Two

Thank you for your attention to this matter.

Very truly yours,

GEPPERT, McMULLEN, PAYE & GETTY

By _____
JEFFREY S. GETTY
21 Prospect Square
Cumberland, Maryland 21502
City Attorney, City of Frostburg

_____
H. JACK PRICE
61 Greene Street
Cumberland, Maryland 21502
City Solicitor, City of Cumberland

_____
STEPHEN C. WILKINSON
220 Washington Street
Cumberland, Maryland 21502
Counsel for Allegany County, Maryland

_____
EDWARD J. CROSSLAND
1 Washington Street
Cumberland, Maryland 21502
Counsel for LaVale Sanitary Commission

JSG/fle

cc: William J. Trozzo, Esquire