UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 24, 2003

Memo To Counsel Re: Pure Water Committee of Western Maryland, et al. v. Mayor and
City Council of Cumberland, Maryland, et al.
Civil No. JFM-01-2611

Dear Counsel:

This will confirm the revised schedule set during the conference held today.

| | |
|---|---|
| May 15, 2003 | Deadline for plaintiff to file summary judgment motion |
| June 12, 2003 | Deadline for defendants to file opposition and cross-motion for summary judgment |
| July 1, 2003 | Deadline for plaintiff to file opposition/reply |
| July 18, 2003 | Deadline for defendants to file reply |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge