IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PURE WATER COMMITTEE OF WESTERN MARYLAND, INC. et al. | * | |
| | * | |
| Plaintiffs | * | |
| v. | | Case No. JFM 01 CV 2611 |
| | * | |
| MAYOR AND CITY COUNCIL OF CUMBERLAND, MARYLAND, et al. | * | |
| Defendants | * | |

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits 1 to 6, which are an attachment to the Memorandum of Law in Support of Motion for Summary Judgment exist only in paper format and are 15 pages or longer. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

_____    _____A/s/@ Jeffrey S. Getty _____
*Date*                                                                *Signature*

                                                                            Jeffrey S. Getty               #05321
                                                                          *Printed Name*              *Bar Number*

                                                                            21 Prospect Square
                                                                          *Street Address*

                                                                            Cumberland, Maryland 21502
                                                                          *City/State/Zip*

                                                                            (301) 777-1515        (301) 777-0532
                                                                          *Phone No.*                    *Fax No.*