# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                            Reply to Northern Division Address

June 13, 2003

H. Jack Price, Jr.  City Solicitor
61 Greene Street
Cumberland, Md. 21502

                              Pure Water Committee v Mayor & City Council of Cumberland
                       Re:     Case No. JFM 01-2611

Dear Counsel/Party:

       Your Motion, mem of Mayor & City Council of Cumberland for Summary Judgment was received in paper format on 6/13/03.  This document should have been filed electronically.

[ ]     The document has been scanned and filed electronically.  The paper copy is being returned to you.

[X]    A one time exception has been made and the paper document has been filed.

All further filings in this case should be made in accordance with the policies and procedures of this Court on electronic filing.  Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

       If you are not a registered CM/ECF user, you should immediately register.  Registration is available on-line on the Court's web site.

       Please be advised that any future filings which are not made electronically may be returned to you.

                                                     Very truly yours,

                                                    S. Franke
                                                   for
                                                   Felicia C. Cannon, Clerk

cc:     Other counsel/party

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

U.S. District Court (Rev. 3/3/2003) - Warning letter

Case 1:01-cv-02611-JFM    Document 31    Filed 06/13/2003    Page 2 of 2

U.S. District Court (Rev. 3/3/2003) - Warning letter