IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PURE WATER COMMITTEE OF           *
WESTERN MARYLAND, INC., et al.    *
                                  *
    v.                            *   Civil No. JFM-01-2611
                                  *
MAYOR AND CITY COUNCIL OF         *
CUMBERLAND, MARYLAND, et al.      *
                                                          *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 4th day of September 2003,

ORDERED that

1. Defendants' motions for summary judgment (Docket ## 27, 30) are granted;

2. Judgment is entered in favor of all defendants; and

3. This case is closed.

/s/
J. Frederick Motz
United States District Judge